CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 10 2010

JULIA C. DUDLEY, CLERK
BY:
　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONALD ROBERT PILCHER,<br>　　Petitioner, | Civil Action No. 7:10-cv-00503 |
| v. | **FINAL ORDER** |
| COMMONWEALTH OF VIRGINIA,<br>　　Respondent. | By:　Hon. James C. Turk<br>　　　Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is now

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** **without prejudice** as successive; a Certificate of Appealability is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 10th day of November, 2010.

　　　　　　　　　　　　　　　/s/ James C. Turk
　　　　　　　　　　　　　　　Senior United States District Judge